# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 776
:
REAPPOINTMENT TO THE COMMITTEE : SUPREME COURT RULES DOCKET
ON RULES OF EVIDENCE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of September, 2018, Christopher H. Connors, Esquire, Allegheny County, is hereby reappointed as a member of the Committee on the Rules of Evidence for a term of three years, commencing October 1, 2018.